USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tavarez-Vargas,

           Plaintiff,

—v—

Thumbtack, Inc.,

           Defendant.

21-cv-9850 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court's order dated January 31, 2022, was issued in error. Dkt. No. 9. The order is hereby RESCINDED.

    SO ORDERED.

Dated: January 31, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge